**UNITED STATES BANKRUTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Nicole Bradley** | § | **Case No. 25-60151-mmp** |
| | § | **Chapter 13** |
| **Debtor** | § | |

**NOTICE OF CONVERSION OF CHAPTER 13 CASE**
**TO CHAPTER 7 UNDER SECTION 1307(A)**

The Debtor, by her attorney, represents and states as follows:

1. The Debtor is no longer able to comply with the Chapter 13 Plan of Reorganization and does not desire to modify the Plan.

2. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under section 1307(a) of the Bankruptcy Code, a debtor is entitled to convert his Chapter 13 case to a case under Chapter 7 at any time, and the Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the Debtor.

WHEREFORE, the Debtor, pursuant to Rule 1017(f)(3) of the Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

DATED: April 14, 2026

Respectfully submitted,

/s/ Evan Simpson
Evan Simpson
Law Office of Evan Simpson PLLC
1717 Columbus Ave
Waco, TX 76701
(254) 399-9977
(254) 399-9909 fax
Email: Evan@hotxlaw.com
Bar No. 24060612
Attorney for Debtor

**<u>Certificate of Service</u>**

On April 14, 2026, a true and correct copy of the foregoing document was served by mail, electronic notice, or hand delivery on all parties listed on the attached mailing matrix and also on:

Debtor
Nicole Bradley
914 Mustang Trail
Harker Heights, TX 76548


Chapter 13 Trustee                                  US Trustee
Ray Hendren                                         903 San Jacinto, Room 230
PO Box 27466                                        Austin, TX 78701
Austin, TX 78755-2466


<u>/s/ Evan Simpson</u>
Evan Simpson

American Honda Finance
Attn: National Bankruptcy Center
PO Box 168088
Irving, TX 75016

Baylor Scott & White Health
PO Box 1123
Minneapolis, MN 55440

Nicole Bradley
914 Mustang Trl
Harker Heights, TX 76548

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr , Ste 200
Minnetonka, MN 55343

Central Texas College
6200 W Central Texas Expy
Killeen, TX 76549-1272

Credit Bureau Services
Association
Attn: Bankruptcy
PO Box 1448
Stillwater, OK 74076

EasyFinance
Attn: Bankruptcy
1223 N. Rock Rd , BLDG B
Wichita, KS 67206

EdFinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922

Emblem Card
Attn: Bankruptcy
PO BOX 89210
Sioux Falls, SD 57109

Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, SC 29607

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Rushmore Servicing
P.O. Box 650783
Dallas, TX 75265

Security Finance Co
Attn: Bankruptcy/Centralized Bank
Po Box 1893
Spartanburg, SC 29304

Self Financial, Inc.
Attn: Bankruptcy
515 Congress Ave , Ste 1550
Austin, TX 78701

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Texas A&M Central-Texas
1001 Leadership Pl
Killeen, TX 76549

Transworld System Inc
Attn: Bankruptcy
PO Box 15618
Wilmington, DE 19850